PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Oct 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

KI JANG,
IL CHUNG,
HEE SOUNG OH,
   aka Young Andy,
BON SOKE HONG,
   aka Alex,
   aka Bum Suk Han,
   aka Andy Han, and
JONG EUN LEE,
   aka Jong Hoon Lee,

                Defendants.

CASE NO. 2:21-cr-0207 TLN

18 U.S.C. § 1349 – Bank Fraud Conspiracy;
18 U.S.C. § 1344 – Bank Fraud (17 counts);
18 U.S.C. § 1028A(a)(1)(A) – Aggravated Identity Theft; 18 U.S.C. §§ 982(a)(2), 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

## INDICTMENT

COUNT ONE: [18 U.S.C. § 1349 – Bank Fraud Conspiracy]

    The Grand Jury charges:

                KI JANG,
                IL CHUNG,
            HEE SOUNG OH,
         BON SOKE HONG, and
           JONG EUN LEE,

defendants herein as follows:

# I. BACKGROUND

At all times relevant to this Indictment:

Defendants

1. Defendant KI JANG resided in Southern California.
2. Defendant IL CHUNG resided in Southern California.
3. Defendant HEE SOUNG OH resided in Southern California.
4. Defendant BON SOKE HONG resided in Southern California.
5. Defendant JONG EUN LEE resided in Southern California.

Victim Financial Institutions

6. Wells Fargo Bank, J.P. Morgan Chase, BBVA Compass, BMO Harris Bank, Umpqua Bank, El Dorado Savings Bank, Bank of America, Citibank, Hanmi Bank, Bancorp Bank, Key Bank, Bank of the West, Shinhan Bank, Hanin Federal Credit Union, Zions, First Utah Bank, TCF National Bank, 1st Bank, Centennial Bank & Trust, First Bank, UMB Bank One West Bank, Country Bank, Arizona State Bank, BBVA Compass Bank, Academy Bank, Open Bank, Regions Bank, Bank of Commerce, Bank of Albuquerque, Banner Bank, Capitol One Bank, Charles Schwab Bank, County Bank, East West Bank, First Federal Savings, Home Street Bank, Mission Federal Credit Union, Pacific City Bank, Iberia Bank, Union Bank, Wilshire State Bank, and Mountain West Bank, were all financial institutions as defined in 18 U.S.C. § 20, and were members of the Federal Deposit Insurance Corporation ("FDIC"), whose deposits were insured by the FDIC. These financial institutions conducted banking business in interstate commerce.

# II. THE CONSPIRACY

1. Beginning at least as early as March 2014 and continuing thereafter until in or about March 2018, in the State and Eastern District of California and elsewhere, JANG, CHUNG, OH, HONG, and LEE knowingly and intentionally conspired among themselves and with other persons, known and unknown to the Grand Jury, to execute a material scheme and artifice to defraud financial institutions, and to obtain the monies, funds, credits, assets, securities, and other property owned by and under the custody and control of financial institutions by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344,

Bank Fraud.

### III. MANNER AND MEANS

During all times relevant to the conspiracy, the manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

7. The defendants conspired to commit a bank "bust out" scheme that exploited the courtesy float period to extract non-existent funds from personal bank accounts. As used herein, a "bust out" scheme is a method of extracting cash from bank accounts by depositing counterfeit and/or non-sufficient funds checks and then drawing from the account through a variety of transactions, including withdrawing cash over the counter, withdrawing cash through an ATM, or using debit cards at points of sale. Once the fraudulent nature of the check is discovered and the check has been discharged by the bank, the account has been "busted."

8. As part of the scheme, the defendants used false identity documents to open bank accounts across the United States, strategically deposited funds into those accounts to give the appearance of legitimate banking, and then withdrew amounts well in excess of any available funds.

9. The scheme generally operated by repeating the following basic pattern:

   a. A participant in the scheme obtained a fraudulent South Korean passport or other identity document.

   b. A participant in the scheme opened a mail box account for the purpose of providing the financial institution a local address for the account holder.

   c. A participant in the scheme opened an account at a financial institution, using the fraudulent identity document. The account was opened with a small amount of cash, typically $100 or less.

   d. The account was then left essentially dormant for a period of typically one to six months to "age" the account. Aging the account allowed for any bank restrictions on newly-opened accounts to expire. A participant in the scheme might conduct small, infrequent account transactions during this time to facilitate the aging process.

   e. Banks would typically allow a holder of an aged account to deposit a check and make withdrawals against that check before the check had actually cleared through the bank against which the check had been drawn. After aging the account, a participant in the scheme would enter a branch of the bank and attempt one of the following transactions: (1) cash a third-party non-sufficient funds

check or counterfeit check drawn on another financial institution; (2) deposit a third-party non-sufficient funds check or counterfeit check drawn on another financial institution and receive a portion back in cash; or (3) deposit a third-party non-sufficient funds check or counterfeit check drawn on another financial institution.

    f. If the check was successfully deposited, a participant in the scheme would attempt to access the funds through over-the-counter withdrawals, ATM withdrawals and point-of-sale transactions until the fraudulent nature of the checks was discovered by the financial institution and the account was frozen or closed.

    g. Participants in the scheme then moved on to another geographic location to continue the scheme.

## IV. OVERT ACTS

10. In furtherance of the conspiracy, and to accomplish its object, defendants JANG, CHUNG, OH, HONG, and LEE, together with others known and unknown to the Grand Jury, committed and willfully caused others to commit the following overt acts, among others, within the Eastern District of California and elsewhere:

11. <u>Overt Act No. 1</u>: JANG supplied false Republic of Korea passports used to open bank accounts and mailboxes in furtherance of the conspiracy. On or about March 2017, JANG met with J.K., in Los Angeles, California, and took a photograph of him.

12. <u>Overt Act No. 2</u>: JANG acted as a screener for new participants being recruited into the scheme. He met with new recruits and evaluated whether they would be a good fit with the scheme as well as whether they were potentially affiliated with law enforcement. In or about March 2017, JANG met with J.K., in Los Angeles, California.

<u>2017 Arizona Bust Out</u>

13. <u>Overt Act No. 3</u>: On or about January 12, 2017, JANG opened a P.O. Box in the name of J.H.H., in Prescott, Arizona, using a fraudulent Republic of Korea passport.

14. <u>Overt Act No. 4</u>: On or about January 12, 2017, JANG opened Country Bank (a division of Arizona State Bank) account #xxx4953 in the name of J.H.H, using a fraudulent Republic of Korea passport. Over six days, from on or about April 19 through April 24, 2017, approximately 54 checks were presented for payment by a member of the conspiracy against the Country Bank checking account

INDICTMENT 4

in amounts between $900 and $2,997, for a total of $108,618. Each of these checks eventually bounced, as there was only approximately $36.15 in the checking account to cover the checks.

15. <u>Overt Act No. 5</u>: On or about January 12, 2017, JANG opened J.P. Morgan Chase bank account #xxxxx0827 in the name of J.H.H. in Prescott Valley, Arizona, using the same fraudulent Republic of Korea passport. This account was then busted out between on or about April 20 and 24, 2017, by co-conspirators who deposited insufficient check funds written out of the Country Bank account #xxx4953, and then withdrew cash and conducted debit card transactions causing a loss to the bank of approximately $10,484.97.

16. <u>Overt Act No. 6</u>: On or about January 12, 2017, JANG opened Wells Fargo Bank account #xxxxxx9834 in the name of J.H.H. in Prescott Valley, Arizona, using the same fraudulent Republic of Korea passport. This account was then busted out between on or about April 20 and 21, 2017, by co-conspirators who deposited insufficient check funds written out of the Country Bank account #xxx4953, and then withdrew cash and conducted debit card transactions causing a loss to the bank of approximately $6,249.67.

<u>2016 Paso Robles Bust Out</u>

17. <u>Overt Act No. 7</u>: On or about July 5, 2016, CHUNG opened J.P. Morgan Chase account #xxxxx3065 in the name of G.R.H. in Santa Maria, California, using a fraudulent Republic of Korea passport.

18. <u>Overt Act No. 8</u>: On or about October 14, 2016, CHUNG opened a P.O. Box in the name of N.H.K. in Phoenix, Arizona. On this same date, a member of the conspiracy opened 1st Bank account, #xxxxxx7365, in the name of N.H.K., also in Phoenix, Arizona, using the P.O. Box address that CHUNG had opened to establish residency. Over a period of ten days, between on or about October 18 and 27, 2016, approximately 46 checks, including checks deposited to the J.P. Morgan Chase account #xxxx3065 that CHUNG had opened, were presented for payment against the checking account in amounts between $800 and $2,987, for a total of approximately $77,532. All of the checks eventually bounced, as there was only approximately $43.55 in the checking account to cover the checks.

<u>2016 Central Coast Bust Out</u>

19. <u>Overt Act No. 9</u>: On or about July 11, 2016, Jong Eun LEE opened Wells Fargo Bank

account #xxxxxx5997, in Greenfield, California, in the name of S.B.C., using a fraudulent Republic of Korea passport.

20. LEE and her co-conspirators then busted out Wells Fargo Bank account #xxxxxx5997 by depositing insufficient funds checks written out of the 1st Bank account referenced in paragraph 19, and then withdrawing cash and conducting debit card transactions causing a loss to the bank of approximately $7,916.98.

21. <u>Overt Acts No. 10-14:</u> LEE conducted the following bust out transactions: (a) deposit of an insufficient funds check drawn on the source account of N.H.K. in the amount of $2,987 into Wells Fargo account #xxxxx5997 on or about October 20, 2016 in Goleta, California; (b) withdrawal of $600 cash from Wells Fargo account #xxxxxx5997 on or about October 20, 2016, in Goleta, California; (c) deposit of an insufficient funds check drawn on the source account of N.H.K. in the amount of $1,890 into Wells Fargo account #xxxxxx5997 on or about October 21, 2016 in Grover Beach, California, with $1,500 cash back; (d) deposit of an insufficient funds check drawn on the source account of N.H.K. in the amount of $1,987 into Wells Fargo account #xxxxxx5997 on or about October 21, 2016 in Santa Maria, California, with $1,400 cash back; (e) withdrawal of $1,700 cash from Wells Fargo account #xxxxxx5997 on or about October 21, 2016 in Buellton, California.

<u>2016 Bakersfield Bust Out</u>

22. <u>Overt Act No. 15:</u> On or about June 29, 2016, HONG opened J.P. Morgan Chase account #xxxxx6376 in the name of J.W.K., using a fraudulent Republic of Korea passport, in Bakersfield, California.

23. <u>Overt Act No. 16:</u> HONG and his co-conspirators then busted out J.P. Morgan Chase account #xxxxx6376 by depositing insufficient funds checks written out of the 1st Bank account referenced in paragraph 19, and then withdrawing cash and conducting debit card transactions causing a loss to the bank of approximately $8,187.40. HONG himself conducted the following transaction: deposit of a money order of $1,000 into J.P. Morgan Chase account #xxxxx6376 on October 17, 2016 in Los Angeles, California.

24. <u>Overt Act No. 17:</u> On or about October 20, 2016, HONG deposited an insufficient funds check drawn on the source account of N.H.K. in the amount of $1,986 into J.P. Morgan Chase

INDICTMENT 6

account #xxxxx6376, in Torrance, California.

2017 Citrus Heights Bust Out

25. <u>Overt Act No. 18:</u> On or about May 24, 2017, OH opened El Dorado Savings Bank account #xxxx7269 in the name of H.D.G., using a fraudulent Republic of Korea passport, in Citrus Heights, California.

26. Over a period of approximately three days, from on or about June 22, 2017 through June 24, 2017, approximately 40 checks were presented for payment against El Dorado Savings Bank account #xxxx7269, for a total of approximately $84,111. All the checks eventually bounced, as there was only approximately $100 in the checking account to cover the checks.

27. On or about February 28, 2017, a co-conspirator opened Wells Fargo Bank account #xxxxxx7488 in the name of M.G.Y. in Los Angeles, California. OH and his co-conspirators busted out Wells Fargo Bank account #xxxxxx7488 by depositing insufficient funds checks written out of the El Dorado Savings Bank account #xxxx7269 and then withdrawing cash and conducting debit card transactions causing a loss to the bank totaling approximately $9339.14.

28. <u>Overt Acts No. 19-22:</u> OH himself conducted the following bust out transactions with each constituting a separate and independent overt act: (a) on or about June 22, 2017, OH deposited an insufficient funds check into Wells Fargo Bank #xxxxxx7488 written on El Dorado Savings Bank account #xxxx7269 in the amount of $2,990 in Keizer, Oregon; (b) on or about June 22, 2017, OH withdrew $1,000 cash from Wells Fargo Bank account #xxxxxx7488, in Keizer, Oregon; (c) on or about June 23, 2017, OH deposited an insufficient funds check into Wells Fargo Bank account #xxxxxx7488 written on El Dorado Savings Bank account #xxxxx7269 in the amount of $1,897 and received $1,600 cash back in Portland, Oregon; (d) on or about June 23, 2017, OH deposited an insufficient funds check into Wells Fargo Bank account #xxxxxx7488 written on El Dorado Savings Bank account #xxxxx7269 in the amount of $1,969 in Portland, Oregon.

All in violation of Title 18, United States Code, Section 1349.

///

///

///

COUNTS TWO THROUGH EIGHTEEN: [18 U.S.C. § 1344 – Bank Fraud]

The Grand Jury further charges: T H A T

> KI JANG,
> IL CHUNG,
> HEE SOUNG OH,
> BON SOKE HONG, and
> JONG EUN LEE,

defendants herein, as follows:

1. Paragraphs 1 through 6 of Count One of this Indictment are incorporated as if fully set forth herein.

## I. THE SCHEME TO DEFRAUD

2. The defendants named and identified in each count below, on the date specified below, in the State and Eastern District of California and elsewhere, did knowingly, and with the intent to defraud, execute and attempt to execute a material scheme and artifice to defraud at least one financial institution, and to obtain the monies, funds, credits, assets, securities, and other property owned by and under the custody and control of such financial institutions, by means of materially false and fraudulent pretenses, representations and promises.

3. The fraudulent scheme operated, in substance, in the manner described in paragraphs 8, 9 and 10 of Count One of this Indictment.

## II. EXECUTION OF THE SCHEME

4. On or about the following dates, within the Eastern District of California, and elsewhere, defendants JANG, CHUNG, OH, HONG, and LEE committed and willfully caused others to commit the following acts, each of which constituted an execution and attempted execution of the fraudulent scheme:

| COUNT | DATE | DEFENDANT(S) | ACT |
|---|---|---|---|
| TWO | May 24, 2017 | OH | Opening First Bank account #xxxxxx8646 in the name of Victim 1 in Roseville, California |
| THREE | May 25, 2017 | OH | Deposit of an insufficient funds check in the amount of $2,980 drawn on the source account of S.Y.K. into Wells Fargo Bank account #xxxxxx8452 in Folsom, California, and obtainment of $500 cash back |

| | | | |
|---|---|---|---|
| FOUR | May 26, 2017 | OH | Deposit of an insufficient funds check in the amount of $1,993 drawn on the source account of S.Y.K. into Wells Fargo Bank account #xxxxxx8452 in Citrus Heights, California, and obtainment of $1,400 cash back |
| FIVE | May 26, 2017 | OH | Deposit of an insufficient funds check in the amount of $1,980 drawn on the source account of S.Y.K. into Wells Fargo Bank account #xxxxxx8452 in North Highlands, California |
| SIX | May 26, 2017 | OH | Withdrawal of $1,900 cash from Wells Fargo Bank account #xxxxxx8452 in Roseville, California in order to bust out the account |
| SEVEN | June 11, 2015 | HONG | Deposit of a counterfeit check in the amount of $1,880 drawn on the source account of M.K. into Wells Fargo account # xxxxxx3867 in Modesto, California |
| EIGHT | June 11, 2015 | HONG | Deposit of a counterfeit check in the amount of $995 drawn on the source account of M.K. into Bank of America account # xxxxxxxx4190 in Modesto, California |
| NINE | June 11, 2015 | HONG | Withdrawal of $200 from Bank of America account #xxxxxxxx4190 in Stockton, California in order to bust out the account |
| TEN | June 12, 2015 | HONG | Deposit of a counterfeit check in the amount of $1,968 drawn on the source account of H.G. into Wells Fargo account # xxxxxx3867 in Stockton, California, and obtainment of $1,668 cash back |
| ELEVEN | June 11, 2015 | CHUNG | Deposit of a counterfeit check in the amount of $1,985 drawn on the source account of H.G. into Bank of America account # xxxxxxxx3463 in Lodi, California |
| TWELVE | June 11, 2015 | CHUNG | Withdrawal of $800 from Bank of America account xxxxxxxx3463 in Modesto, California in order to bust out the account |
| THIRTEEN | June 11, 2015 | CHUNG | Deposit of a counterfeit check in the amount of $1,877 drawn on the source account of M.K. into Wells Fargo Bank account # xxxxxx5033 in Modesto, California |
| FOURTEEN | June 11, 2015 | CHUNG | Deposit of a counterfeit check in the amount of $1,890 drawn on the source account of M.K. into Bank of America account # xxxxxxxx3463 in Stockton, California |
| FIFTEEN | June 11, 2015 | CHUNG | Deposit of a counterfeit check in the amount of $1,994 drawn on the source account of H.G. into Wells Fargo Bank account # xxxxxx5033 in Ceres, California |
| SIXTEEN | June 11, 2015 | CHUNG | Withdrawal of $700 from Wells Fargo Bank account # xxxxxx5033 in Ceres, California in order to bust out the account |
| SEVENTEEN | June 12, 2015 | CHUNG | Withdrawal of $2,400 from Wells Fargo Bank account # xxxxxx5033 in Stockton, California in order to bust out the account |

INDICTMENT

| EIGHTEEN | June 11, 2015 | CHUNG | Deposit of a counterfeit check in the amount of $1,890 drawn on the source account of M.K. into Bank of America account # xxxxxxxx3463 in Modesto, California |

All in violation of Title 18, United States Code, Section 1344.

COUNT NINETEEN: [18 U.S.C. § 1028A(A)(1)(A) -Aggravated Identity Theft]

The Grand Jury further charges T H A T:

HEE SOUNG OH,

1. Defendant herein, on or about May 24, 2017, in the State and Eastern District of California, during and in relation to a felony violation of Title 18, United States Code, Section 1344, Bank Fraud, as alleged in Count Two, above, did knowingly without lawful authority, use a means of identification of another person, to wit, a social security number belonging to Victim 1, all in violation of Title 18, Section 1028A(a)(1).

FORFEITURE ALLEGATION: [18 U.S.C. §§ 982(a)(2), 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Count One through Eighteen of the Indictment, defendants KI JANG, IL CHUNG, HEE SOUNG OH, BON SOKE HONG, and JONG EUN LEE shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), § 982(a)(2)(B) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violations, including but not limited to a sum of money equal to the total amount of money involved in the offenses, for which the defendants are convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Eighteen of this Indictment, for which the defendants are convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

///

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

*[signature]*
PHILLIP A. TALBERT
Acting United States Attorney

*No.* _____  2:21-cr-0207 TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

KI JANG,
IL CHUNG,
HEE SOUNG OH,
aka Young Andy,
BON SOKE HONG,
aka Alex,
aka Bum Suk Han,
aka Andy Han, and
JONG EUN LEE,
aka John Hoon Lee

as to all defendants

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1349 – Bank Fraud Conspiracy;
18 U.S.C. § 1344 – Bank Fraud (17 counts); 18 U.S.C. § 1028A (a)(1)(A) –
Aggravated Identity Theft; 18 U.S.C. §§ 982(a)(2), 981(a)(1)(C),
and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*   /s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* _____

_____
*Clerk.*

**No Bail Warrant Pending Hearing** *as to all defendants*
*Bail, $* _____

_____*Carolyn K. Delaney*_____

GPO 863 525

# United States v. Jang et al.
## Penalties for Indictment

**Defendants**
KI JANG,
IL CHUNG,
HEE SOUNG OH,
BON SOKE HONG,
JONG EUN LEE

## COUNT 1:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1349 – Conspiracy |
| PENALTIES: | 30 Years Imprisonment;<br>Not more than $1,000,000 fine;<br>5 Years TSR |

## COUNTS 2-18:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1344 – Bank Fraud |
| PENALTIES: | 30 Years Imprisonment per count;<br>Not more than $1,000,000 fine;<br>5 Years TSR |

## COUNT 4 (DEFENDANT OH):

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft |
| PENALTIES: | Mandatory consecutive 2 years in prison;<br>Not more than $250,000 fine;<br>1 Year TSR |

## FORFEITURE ALLEGATION:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. §§ 982(a)(2), 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| PENALTIES: | As stated in the charging document |